Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                          GROCHOCINSKI & GROCHOCINSKI
                                           1900 RAVINIA PL
                                           ORLAND PARK, IL  60462

LYNN BETH MENZIE                           COUNTRYWIDE HOME LOANS
418 SOUTH FAIRFIELD AVE                    PO BOX 660694
LOMBARD, IL  60148                         DALLAS, TX  75266

**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .

                                           /S/  Marifran Smith
                                           _____
                                           For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:   (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                              LYNN BETH MENZIE
                                               418 SOUTH FAIRFIELD AVE
                                               LOMBARD, IL  60148

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL                                COUNTRYWIDE HOME LOANS
ORLAND PARK, IL  60462                         PO BOX 660694
                                               DALLAS, TX  75266


**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .


/S/  Marifran Smith
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                                    LYNN BETH MENZIE
                                                     418 SOUTH FAIRFIELD AVE
                                                     LOMBARD, IL  60148

COUNTRYWIDE HOME LOANS
PO BOX 660694                                        GROCHOCINSKI & GROCHOCINSKI
DALLAS, TX  75266                                    1900 RAVINIA PL
                                                     ORLAND PARK, IL  60462


### NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .


                                                     /S/  Marifran Smith
                                                     _____
                                                     For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927

LYNN BETH MENZIE
418 SOUTH FAIRFIELD AVE
LOMBARD, IL  60148

COUNTRYWIDE HOME LOANS
PO BOX 660694
DALLAS, TX  75266

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                              LYNN BETH MENZIE
                                               418 SOUTH FAIRFIELD AVE
                                               LOMBARD, IL  60148

NATIONAL CITY MORTGAGE
PO BOX 94982                                   GROCHOCINSKI & GROCHOCINSKI
CLEVELAND, OH  44101                           1900 RAVINIA PL
                                               ORLAND PARK, IL  60462


**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .


                                               /S/  Marifran Smith
                                               _____
                                               For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927

LYNN BETH MENZIE
418 SOUTH FAIRFIELD AVE
LOMBARD, IL  60148

FIRST BANK & TRUST EVANSTON
820 CHURCH ST
EVANSTON, IL  60201

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927

LYNN BETH MENZIE
418 SOUTH FAIRFIELD AVE
LOMBARD, IL  60148

PORTFOLIO RECOVERY ASSOC
PO BOX 12914
NORFOLK, VA  23541

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888    Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                                   LYNN BETH MENZIE
                                                    418 SOUTH FAIRFIELD AVE
                                                    LOMBARD, IL  60148

PORTFOLIO RECOVERY ASSOC
PO BOX 12914                                        GROCHOCINSKI & GROCHOCINSKI
NORFOLK, VA  23541                                  1900 RAVINIA PL
                                                    ORLAND PARK, IL  60462


### NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .


                                                    /S/  Marifran Smith
                                                    For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927

HSBC
961 WEIGEL DR
PO BOX 8606
ELMHURST, IL  60126

LYNN BETH MENZIE
418 SOUTH FAIRFIELD AVE
LOMBARD, IL  60148

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .

/S/  Marifran Smith
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                                     LYNN BETH MENZIE
                                                      418 SOUTH FAIRFIELD AVE
                                                      LOMBARD, IL  60148

HSBC
961 WEIGEL DR                                         GROCHOCINSKI & GROCHOCINSKI
PO BOX 8606                                           1900 RAVINIA PL
ELMHURST, IL  60126                                   ORLAND PARK, IL  60462

**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888    Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                                             LYNN BETH MENZIE
                                                              418 SOUTH FAIRFIELD AVE
                                                              LOMBARD, IL  60148

BILL ME LATER
PO BOX 105658                                                 GROCHOCINSKI & GROCHOCINSKI
ATLANTA, GA  30348                                            1900 RAVINIA PL
                                                              ORLAND PARK, IL  60462


### NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .


                                                              /S/  Marifran Smith
                                                              _____
                                                              For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                              LYNN BETH MENZIE
                                               418 SOUTH FAIRFIELD AVE
                                               LOMBARD, IL  60148

ECAST SETTLEMENT CORPORATION
PO BOX 35480                                   GROCHOCINSKI & GROCHOCINSKI
NEWARK, NJ  07193-5480                         1900 RAVINIA PL
                                               ORLAND PARK, IL  60462


**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .


/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                                LYNN BETH MENZIE
                                                 418 SOUTH FAIRFIELD AVE
                                                 LOMBARD, IL  60148

RESURGENT CAPITAL SERVICES
PO BOX 10587 CASHIERING                          GROCHOCINSKI & GROCHOCINSKI
GREENVILLE, SC  29603-0587                       1900 RAVINIA PL
                                                 ORLAND PARK, IL  60462


**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .


                                        /S/  Marifran Smith
                                        _____
                                        For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:   (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                                    LYNN BETH MENZIE
                                                     418 SOUTH FAIRFIELD AVE
                                                     LOMBARD, IL  60148

CITIFINANCIAL
PO BOX 70923                                         GROCHOCINSKI & GROCHOCINSKI
CHARLOTTE, NC  28272-0923                            1900 RAVINIA PL
                                                     ORLAND PARK, IL  60462


**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim;
    and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .


                                    /S/  Marifran Smith
                                    _____
                                    For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                                    LYNN BETH MENZIE
                                                     418 SOUTH FAIRFIELD AVE
                                                     LOMBARD, IL  60148

DISCOVER BANK
DISCOVER FINANCIAL SERVICES                          GROCHOCINSKI & GROCHOCINSKI
PO BOX 3025                                          1900 RAVINIA PL
NEW ALBANY, OH  43054                                ORLAND PARK, IL  60462


**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .


                                        /S/  Marifran Smith
                                        _____
                                        For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888    Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                                    LYNN BETH MENZIE
                                                     418 SOUTH FAIRFIELD AVE
                                                     LOMBARD, IL  60148

ATG CREDIT
PO BOX 14895                                         GROCHOCINSKI & GROCHOCINSKI
CHICAGO, IL  60614                                   1900 RAVINIA PL
                                                     ORLAND PARK, IL  60462

### NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .

/S/  Marifran Smith
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888    Fax:   (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                                            LYNN BETH MENZIE
                                                                        418 SOUTH FAIRFIELD AVE
                                                                        LOMBARD, IL  60148

ELMHURST CLINIC
75 REMITTANCE DR #1253                              GROCHOCINSKI & GROCHOCINSKI
CHICAGO, IL  60675                                       1900 RAVINIA PL
                                                                        ORLAND PARK, IL  60462


### NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim;
     and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .


/S/  Marifran Smith
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888    Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                                LYNN BETH MENZIE
                                                 418 SOUTH FAIRFIELD AVE
                                                 LOMBARD, IL  60148

ELMHURST MEMORIAL HOSPITAL
PO BOX 92348                                     GROCHOCINSKI & GROCHOCINSKI
CHICAGO, IL  60675                               1900 RAVINIA PL
                                                 ORLAND PARK, IL  60462

**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .

                                                 /S/  Marifran Smith
                                          _____
                                                 For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                                    LYNN BETH MENZIE
                                                     418 SOUTH FAIRFIELD AVE
                                                     LOMBARD, IL  60148

ELMHURST RADIOLOGISTS
PO BOX 1035                                          GROCHOCINSKI & GROCHOCINSKI
BEDFORD PARK, IL  60499-1035                         1900 RAVINIA PL
                                                     ORLAND PARK, IL  60462


**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim;
    and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .


                                                     /S/  Marifran Smith
                                                     ────────────────────────────────────
                                                     For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888    Fax:   (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927

LYNN BETH MENZIE
418 SOUTH FAIRFIELD AVE
LOMBARD, IL  60148

FIRESTONE
% CREDIT FIRST NATL ASSOC
PO BOX 81344
CLEVELAND, OH  44188-0344

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927

LYNN BETH MENZIE
418 SOUTH FAIRFIELD AVE
LOMBARD, IL  60148

LOMBARD CLINIC NUHS
200 E ROOSEVELT RD
LOMBARD, IL  60148

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888   Fax:  (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                                          LYNN BETH MENZIE
                                                           418 SOUTH FAIRFIELD AVE
                                                           LOMBARD, IL  60148

COLUMBIA CREDIT SERVICE
1731 HOWE AV #360                                          GROCHOCINSKI & GROCHOCINSKI
SACRAMENTO, CA  95825                                      1900 RAVINIA PL
                                                           ORLAND PARK, IL  60462


**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .


/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888    Fax:   (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927                                    LYNN BETH MENZIE
                                                     418 SOUTH FAIRFIELD AVE
                                                     LOMBARD, IL  60148

COTTONWOOD FINANCIAL LTD
1901 GATEWAY DR #200                                 GROCHOCINSKI & GROCHOCINSKI
IRVING, TX  75038-2406                               1900 RAVINIA PL
                                                     ORLAND PARK, IL  60462


**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1) Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim;
   and

2) Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.


The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .


                                          /S/  Marifran Smith
                                     _____
                                     For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888    Fax:   (630) 981-3896

In re:
LYNN BETH MENZIE

Case No. 08-32927

LYNN BETH MENZIE
418 SOUTH FAIRFIELD AVE
LOMBARD, IL  60148

EAST BAY FUNDING
% RESURGENT CAPITAL SERVICES
PO BOX 288
GREENVILLE, SC  29603

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF PAYMENT OF FINAL MORTGAGE CURE UNDER RULE 3002.1(f)**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Glenn B. Stearns, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim has been paid in full.

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s) Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:

1)  Whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and

2)  Whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement,  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

The undersigned certifies that this notice was sent to the above named parties on  February 16, 2012 .

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee